```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 21599
   ISAAC J DIXON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4871


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/18/2008 and was not confirmed.

     The case was dismissed without confirmation 01/21/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------

AT&T                       UNSECURED           254.82          .00           .00
MERCHANT CREDIT BUREAU     UNSECURED           539.90          .00           .00
CAPITAL ONE                UNSECURED           755.32          .00           .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00           .00
COMMONWEALTH EDISON        NOTICE ONLY       NOT FILED         .00           .00
DISH NETWORK               UNSECURED         NOT FILED         .00           .00
DISH NETWORK               UNSECURED         NOT FILED         .00           .00
FAST CASH USA INC          UNSECURED          1399.38          .00           .00
ARROW FINANCIAL SERVICES   UNSECURED           420.77          .00           .00
SANTANDER CONSUMER USA     SECURED VEHIC      7100.00          .00        742.40
DRIVE FINANCIAL SERVICES   UNSECURED          1157.87          .00           .00
FOX RIVER RESORT           NOTICE ONLY       NOT FILED         .00           .00
ILLINOIS TITLE LOANS       SECURED VEHIC       755.00          .00        185.60
SILVERLEAF RESORTS INC     NOTICE ONLY       NOT FILED         .00           .00
THERESA TURNER             NOTICE ONLY       NOT FILED         .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS       NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY       NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   PRIORITY           3557.26          .00           .00
HENVILLE BLIJDEN           NOTICE ONLY       NOT FILED         .00           .00
AUGUSTA MEDICAL CLINIC     NOTICE ONLY       NOT FILED         .00           .00
CAPITAL ONE                NOTICE ONLY       NOT FILED         .00           .00
COMMONWEALTH EDISON        NOTICE ONLY       NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          6278.26          .00           .00
CITY OF CHICAGO PARKING    NOTICE ONLY       NOT FILED         .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED         NOT FILED         .00           .00
RH DONNELEY PUBLISHING &   UNSECURED         NOT FILED         .00           .00
US DEPT OF EDUCATION       UNSECURED          9741.72          .00           .00
NORTHSHORE CREDIT COMPAN   UNSECURED          2088.99          .00           .00
NICOR GAS                  UNSECURED          1110.72          .00           .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                         72.00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------


                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 21599 ISAAC J DIXON
```

```
                              RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       1,000.00

PRIORITY                                                   .00
SECURED                                                 928.00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                     72.00
DEBTOR REFUND                                              .00
                           ---------------       ---------------
TOTALS                        1,000.00              1,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
           CASE NO. 08 B 21599 ISAAC J DIXON